**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6321**

_____

JAMAAL GITTENS,

        Petitioner - Appellant,

    v.

CARLA ARCHIE,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, Senior District Judge.  (3:24-cv-00817-FDW-DCK)

_____

Submitted:  October 30, 2025                  Decided:  November 4, 2025

_____

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Jamaal Gittens, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamaal Gittens seeks to appeal the district court's order denying his motion for default judgment in a 42 U.S.C. § 1983 action that is pending in the district court and denying his "Petition for Writ of Habeas Corpus" in which he sought a ruling on ownership of a parcel of real property. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Gittens seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*